Kerry K. Fennelly (SBN 232621)
kfennelly@kraw.com
Valentina S. Mindirgasova (SBN 272746)
vmindirgasova@kraw.com
Kraw Law Group, APC
1017 East Grand Avenue
Escondido, CA 92025
(760) 747-1100 tel
(760) 747-1188 fax

Attorneys for Plaintiffs,
GCIU-Employer Retirement Fund and
Board of Trustees of the
GCIU-Employer Retirement Fund

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>SMITH-EDWARDS-DUNLAP COMPANY; MARKETING.COM, LLC; AND JAL EQUITY CORPORATION,<br><br>　　　　Defendants. | CASE NO. 2:25-cv-11931<br><br>**COMPLAINT**<br><br>Collection of Withdrawal Liability pursuant to ERISA Section 4221(b)(1) (29 U.S.C. § 1401(b)(1)) |

1

COMPLAINT

# COMPLAINT

Plaintiffs, GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement Fund, for a cause of action against Defendants Smith-Edwards-Dunlap Company, Marketing.com LLC, and JAL Equity Corporation allege as follows:

## JURISDICTION AND VENUE

1. This is an action for collection of withdrawal liability, interest, and attorneys' fees incurred by an employer as a result of a withdrawal from a multiemployer pension plan, which action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001 *et seq*.

2. This court has jurisdiction over this action under 28 U.S.C. §1331, ERISA Sections 502(e), 502(f), and 4301(c), 29 U.S.C. §§ 1132(e), 1132(f), and 1451(c).

3. Venue lies in this Court under ERISA Sections 502(e)(2) and 4301(d), 29 U.S.C. §§ 1132(e)(2) and 1451(d), in that the GCIU-Employer Retirement Fund ("Fund") is administered in Los Angeles County, California.

## PARTIES

4. Plaintiff Fund is a multiemployer pension plan within the meaning of ERISA Sections 3(37) and 4001(a)(3), 29 U.S.C. §§ 1002(37) and 1301(a)(3).

5. Plaintiff Board of Trustees of the GCIU-Employer Retirement Fund ("Board of Trustees") is comprised of the present trustees who are the named fiduciaries of the Fund within the meaning of ERISA Section 402(a), 29 U.S.C. §1102(a), and is the plan sponsor of the Fund within the meaning of ERISA Sections 3(16)(B)(iii) and 4001(a)(10), 29 U.S.C. §§ 1002(16)(B)(iii) and 1301(a)(10). The Board of Trustees administers the Fund in Los Angeles County, California.

6. Pursuant to ERISA Sections 502(a)(3) and 4301(a)(1), 29 U.S.C. §§ 1132(a)(3) and 1451(a)(1), the Board of Trustees is authorized, as a named fiduciary, to bring this action on behalf of the Plaintiff Fund, its participants, and beneficiaries for the purpose of collecting withdrawal liability.

7. The Plaintiff Fund is also authorized to bring this action in its own name pursuant to a provision contained within Article VIII, Section 18 of the Plaintiff Fund's Trust Agreement, which permits all legal actions to be prosecuted in the name of the Fund. A true and correct copy of the Fund's Trust Agreement is attached hereto as Exhibit 1.

8. Defendant Smith-Edwards-Dunlap Company ("Smith-Edwards-Dunlap") is a corporation organized under the laws of the State of Pennsylvania.

9. At all times relevant to this action, Defendant Smith-Edwards-Dunlap has been an "employer" as the term is defined by ERISA Section § 3(5), 29 U.S.C. § 1002(5) and was engaged in an industry affecting commerce, as defined by Section 301(a) of the Labor-Management Relations Act, 29 U.S.C. § 185(a). Upon information and belief, at all times relevant to this action, Smith-Edwards-Dunlap has been incorporated in the Commonwealth of Pennsylvania with a principal place of business at 2867 E. Allegheny Ave, Philadelphia, Pennsylvania 19134.

10. Defendant Marketing.com LLC is a Missouri limited liability company, with a headquarters located in Eureka, Missouri. Upon information and belief, Marketing.com purchased Defendant Smith-Edwards-Dunlap on or about December 1, 2023 and presently manages Smith-Edwards-Dunlap.

11. Defendant JAL Equity Corporation, is a Nevada corporation with a headquarters located in Sarasota, Florida. JAL Equity Corporation owns and operates Marketing.com LLC.

12. Upon information and belief, Defendant Marketing.com is a wholly owned subsidiary of Defendant JAL Equity Corp., and Defendant Smith-Edwards-Dunlap operates under the sole ownership of Marketing.com.

## CLAIM FOR RELIEF

(Default on Payment Obligation for Withdrawal Liability)

13. Plaintiffs hereby reallege and incorporate each and every allegation made in paragraphs 1 through 12 of this Complaint as though fully set forth herein.

14. During all relevant times, Defendant Smith-Edwards-Dunlap was bound by a Collective Bargaining Agreement ("CBA") with Graphics Communications Union Local 4-C ("Local Union"), under which it was required to make contributions on behalf of its covered employees. A true and correct copy of the CBA is attached hereto as Exhibit 2.

15. Defendant Smith-Edwards-Dunlap ceased making contributions to the Plaintiff Fund in 2014.

16. As a result, Plaintiffs provided Defendant Smith-Edwards-Dunlap with a Notice of 2014 Complete Withdrawal Liability and Demand for Payment ("Notice and Demand") via certified mail, dated December 14, 2015 pursuant to ERISA Sections 4202(2) and 4219(b)(1), 29 U.S.C. §§ 1382(2) and 1399(b)(1).

17. The Notice and Demand included a detailed calculation of how the amount of the withdrawal liability assessment was calculated by the actuary and provided Defendant Smith-Edwards-Dunlap with a payment schedule for the withdrawal liability assessment in accordance with the requirements of ERISA Sections 4219(c), 29 U.S.C. § 1399(c). A true and correct copy of the Notice and Demand with the detailed calculation is attached hereto as Exhibit 3.

18. The Notice and Demand informed Defendant Smith-Edwards-Dunlap of the right to make payments according to a schedule. In accordance with ERISA and the Fund's Withdrawal Liability Procedures, the Fund's actuary determined that under the payment schedule, Defendant Smith-Edwards-Dunlap was to make 240 monthly payments of $881.25, or a present value lump sum payment of $158,490.00.

19. Defendant Smith-Edwards-Dunlap did not initiate arbitration pursuant to ERISA Section 4221(a)(1), 29 U.S.C. § 1401(a)(1), and the time to initiate arbitration has expired.

20. After receipt of Plaintiffs' Notice and Demand, Defendant Smith-Edwards-Dunlap elected to make monthly payments, and to date has made 113 monthly payments, totaling $99,581.25.

21. As of July 18, 2025, Defendant Smith-Edwards-Dunlap owed 115 scheduled payments, but had only made 113 of those payments.

22. On July 18, 2025, Plaintiffs provided via certified mail a Notice of Failure to Pay Withdrawal Liability and Demand for Cure ("Demand for Cure") to Defendant Smith-Edwards-Dunlap in accordance with ERISA Section 4219(c)(5), 29 U.S.C § 1399(c)(5). The letter was delivered on July 24, 2025. A true and correct copy of the Demand for Cure is attached hereto as Exhibit 4.

23. Defendant Smith-Edwards-Dunlap failed to cure the required withdrawal liability payments to the Fund and thus is in default within the meaning of ERISA Section 4219(c)(5), 29 U.S.C. § 1399(c)(5).

24. Defendant Smith-Edwards-Dunlap's default within the meaning of ERISA Section 4219(c)(5), 29 U.S.C. § 1399(c)(5) results in the entire withdrawal liability assessment to be due and owing.

25. Plaintiffs' actuary has calculated that Defendant Smith-Edwards-Dunlap's full assessment of withdrawal liability is $1,151.462.00. Since Defendant Smith-Edwards-Dunlap has paid $99,581.25 towards the liability prior to its default, $1,051,880.75 remains owing.

26. The failure to pay its withdrawal liability subjects an employer to interest, attorney's fees and costs.

27. Defendants Marketing.com LLC and JAL Equity Corporation, upon Marketing.com LLC's purchase of Smith-Edwards-Dunlap became a substantial continuation of Smith-Edwards-Dunlap by among other things taking over its operations, building, customers, good will, and finances.

28. Defendants Marketing.com LLC and JAL Equity Corporation knew and understood that they were the successors of Smith-Edwards-Dunlap as indicated by the previously made monthly withdrawal liability payments directly paid by those entities and received by Plaintiff Fund.

29. Despite paying the withdrawal liability since their purchase of Smith-Edwards-Dunlap, Defendants, including, Marketing.com LLC and JAL Equity Corporation, ceased making those payments.

30. By reason of the foregoing, Defendants are indebted to Plaintiffs in the sum of $1,051,880.75, plus interest, attorneys' fees, and costs.

WHEREFORE, Plaintiffs request the following relief:

(i) the past due withdrawal liability payment of $1,051,880.75;

(ii) interest in accordance with the prevailing market rate pursuant to §4219(c)(6) of ERISA, 29 U.S.C. § 1399(c)(6), on the total amount of unpaid withdrawal liability due and owing from September 22, 2025;

(iii) Plaintiffs' reasonable attorneys' fees and costs of the action incurred herein accordance with the Trust Agreement and ERISA Sections 502(g)(2)(D) and 4301(e), 29 U.S.C. §§1132(g)(2)(D) and 1451(e); and

(iv) Such other legal and equitable relief as the Court deems appropriate.

Dated: December 17, 2025          /s/ Valentina S. Mindirgasova

Kerry K. Fennelly
kfennelly@kraw.com
Valentina S. Mindirgasova
vmindirgasova@kraw.com
Kraw Law Group, APC
1017 East Grand Avenue
Escondido, CA 92025
(760) 747-1100 tel
(760) 747-1188 fax

Attorneys for Plaintiffs